I join Justice Banks' opinion and can add nothing to his accurate analysis of our case law interpretation of the statute on assault and aggravated assault. I write only to observe that I am glad, and more confident Cobb was much gladder, that Gibson dropped his pistol upon Cobb's command. I would hate to think that Gibson is subject to the same punishment as he would have been for actually pulling the trigger, shooting and wounding Cobb.
I cannot believe the Legislature meant to make no distinction in punishment between a person who upon command of a law enforcement officer drops his weapon and one who proceeds to shoot and seriously wound the officer.
Gibson could have been prosecuted under Miss. Code Ann. §97-3-7(1)(c), and sentenced to a fine of $1,000 and five years imprisonment.
DAN M. LEE, P.J., and SULLIVAN, J., join this opinion.